UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

TRIMELL DUNBAR, :
    Petitioner :
:
v. : CASE NO. 1:15-CV-00473
:
JAMES ECKARD, *et al.*, :
    Respondents :

*O R D E R*

AND NOW, this 17th day of January, 2018, upon consideration of the report and recommendation (Doc. 21) of Magistrate Judge Martin C. Carlson, filed on November 7, 2017, to which no objections were filed, and upon independent review of the record, it is hereby ORDERED as follows:

1. As supplemented by the accompanying memorandum, Magistrate Judge Carlson's report and recommendation is ADOPTED to the extent that it finds the claims within Petitioner Trimell Dunbar's petition (Doc. 1) for a writ of habeas corpus to be unexhausted.

2. The petition (Doc. 1) for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED.

3. A certificate of appealability is DENIED, as this court finds that petitioner has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

4. The Clerk of Court is directed to CLOSE this case.

                                         /s/ William W. Caldwell
                                         William W. Caldwell
                                         United States District Judge